# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
# MDL NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. | DIV. | C.A. # | CASE CAPTION | Rhode Island Case No. |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 07-1157 | Stephanie Theoret v. Davol, Inc., et al. | CA 07-1888 |
| CALIFORNIA EASTERN | | | | |
| CAE | 1 | 07-1046 | Sue Divjak, et al. v. C.R. Bard, Inc., et al. | CA 07-1889 |
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 07-21928 | Antonio Sanchez v. Davol, Inc., et al. | CA 07-1890 |
| LOUISIANA WESTERN | | | | |
| LAW | 2 | 07-1199 | Walter W. Rutherford v. Davol, Inc., et al. | CA 07-1891 |
| MISSOURI WESTERN | | | | |
| MOW | 6 | 07-3222 | Doris Periman v. Davol, Inc., et al. | CA 07-1892 |
| NORTH CAROLINA MIDDLE | | | | |
| ~~NCM~~ | ~~1~~ | ~~07-532~~ | ~~Angel Marie Wilson, etc. v. C.R. Bard, Inc., et al.~~ Opposed 8/28/07 | |
| OREGON | | | | |
| ~~OR~~ | ~~3~~ | ~~07-1081~~ | ~~Jon Snyder, et al. v. Davol, Inc., et al.~~ Opposed 8/21/07 | |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-2393 | Margaret M. Allison v. Davol, Inc., et al. | CA 07-1893 |
| TXS | 4 | 07-2397 | Helmut G. Andres v. Davol, Inc., et al. | CA 07-1894 |
| TXS | 4 | 07-2399 | Patricia W. Byrd v. Davol, Inc., et al. | CA 07-1895 |
| TXS | 4 | 07-2400 | Joseph G. Cattell v. Davol, Inc., et al. | CA 07-1896 |
| TXS | 4 | 07-2402 | Ivy J. Collins, III v. Davol, Inc., et al. | CA 07-1897 |
| TXS | 4 | 07-2405 | Ida F. Dillon v. Davol, Inc., et al. | CA 07-1898 |
| TXS | 4 | 07-2408 | Wilma M. Knotts v. Davol, Inc., et al. | CA 07-1899 |
| TXS | 4 | 07-2411 | Billy Richard Davidson v. Davol, Inc., et al. | CA 07-1900 |
| TXS | 4 | 07-2414 | Arthur L. Lewis v. Davol, Inc., et al. | CA 07-1901 |
| TXS | 4 | 07-2416 | Roy E. Newsom, Sr. v. Davol, Inc., et al. | CA 07-1902 |
| TXS | 4 | 07-2419 | Charles M. Nichols v. Davol, Inc., et al. | CA 07-1903 |
| TXS | 4 | 07-2421 | Ricky A. Phares v. Davol, Inc., et al. | CA 07-1904 |
| TXS | 4 | 07-2422 | Jocelyn P. Riebe v. Davol, Inc., et al. | CA 07-1905 |
| TXS | 4 | 07-2423 | Patsy A. Shepherd v. Davol, Inc., et al. | CA 07-1906 |
| TXS | 4 | 07-2424 | Pamela A. Wilson v. Davol, Inc., et al. | CA 07-1907 |
| TXS | 4 | 07-2425 | Susan Theresa Roberts v. Davol, Inc., et al. | CA 07-1908 |
| TXS | 4 | 07-2427 | Dorothy May Wurtz-Bright v. Davol, Inc., et al. | CA 07-1909 |