CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02408**
**Internal Use Only**

Knotts v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Nancy F. Atlas
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/24/2007
Date Terminated: 08/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Wilma M. Knotts** | represented by | **David Willis Alexander**<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926<br>Fax: 281-538-6292<br>Email:<br>dalexander@williamskherkher.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **D Mitchell McFarland**<br>500 Dallas Street<br>Ste 2600<br>Houston, Tx 77002<br>713-843-7900<br>Fax: 713-843-7901<br>Email:<br>mitch.mcfarland@harrisonbettis.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **C. R. Bard, Inc.** | represented by | **D Mitchell McFarland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2883341) filed by Wilma M. Knotts. (Attachments: # 1 Civil Cover Sheet Knotts, Wilma M.)(Alexander, David) (Entered: 07/24/2007) |
| 07/26/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/14/2007 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(sbyrum, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(smurdock, ) (Entered: 07/26/2007) |
| 08/07/2007 | 3 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: 08/07/2007) |

| | | |
|---|---|---|
| 08/08/2007 | 5 | First CERTIFICATE OF INTERESTED PARTIES by Knotts, Wilma Marguerite, filed.(Alexander, David) (Entered: 08/08/2007) |
| 08/14/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to MDL* by all defendants, filed. Motion Docket Date 9/4/2007. (Attachments: # 1 Proposed Order Granting Defendant Davol Inc and CR Bard Inc.'s Unopposed motion for stay of proceedings pending transfer to MDL) (McFarland, D) (Entered: 08/14/2007) |
| 08/15/2007 | 7 | ORDER STAYING CASE granting 6 Unopposed MOTION to Stay Proceedings Pending Transfer to MDL>. Case terminated on 8/15/2007,. ( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 08/15/2007) |
| 09/07/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (3) (certified copy) transferring case to USDC for the District of Rhode Island to be included in MDL Docket No. 1842.(jegonzalez, ) (Entered: 09/07/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By [signature] Deputy Clerk